**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAIRO ENRIQUE OLIVERA SALAZAR,

      Petitioner,

v.

                                         Case No: 8:17-cv-629-T-30TBM
                                         Crim. Case No: 8:14-cr-518-T-30TBM

UNITED STATES OF AMERICA,

      Respondent.

_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. Petitioner filed a Motion to Vacate/Set Aside/Correct Sentence (2255) (CV Doc. 1) on March 15, 2017. On March 20, 2017, this Court entered an Order to Show Cause (CV Doc. 2) giving Petitioner fourteen days to show cause why his Motion should not be dismissed as untimely. More than fourteen days have passed and Petitioner has failed to show cause why his Motion should not be dismissed as untimely.

Accordingly, it is ORDERED AND ADJDGED that:

1.      Petitioner's Motion to Vacate/Set Aside/Correct Sentence (2255) (CV Doc. 1) is DISMISSED without prejudice.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this file.

4. The Clerk is also directed to terminate from pending status the Motion found

at Doc. 200 in the criminal case, Case No. 8:14-cr-518-T-30TBM.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of April, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record